UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABIR AL-MANSUR,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No. 24-cv-06909-AMO<br><br>**ORDER RE: PLAINTIFF'S FILINGS** |

Plaintiff Sabir Al-Mansur, who represents himself, brought this action against the County of Alameda and several individuals. Al-Mansur voluntarily dismissed the action. ECF 81. Since the dismissal, Defendants moved for attorney's fees and Al-Mansur moved for recusal of the undersigned, motions resolved by orders entered on May 30, 2025. *See* ECF 147 (Order Denying Motions for Recusal), ECF 148 (Order Granting Motion for Attorney's Fees). Al-Mansur has nonetheless continued to file documents on the docket despite the case remaining closed and the final collateral motions being resolved. *See* ECF Nos. 149-58. Al-Mansur has additionally sought review of this Court's Orders by the Chief Judge of the Northern District. *See* ECF 152.

To the extent Al-Mansur disagrees with the orders of this Court, he may appeal to the Ninth Circuit as circumstances warrant and the Federal Rules allow. He may not seek review by another judge in the District. *See Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980); *see also Mullis v. U.S. Bankr. Ct. for Dist. of Nevada*, 828 F.2d 1385, 1392-93 (9th Cir. 1987) (finding "horizontal appeal" from one district court to another improper and that a "district court lacks authority to issue a writ of mandamus to another district court").

This case is closed. The Court will not consider any filings submitted in this case after its May 30, 2025 Orders and they are TERMINATED. Additionally, the Court will not consider any

further filings in this closed case. All further motions will be summarily terminated as moot. If Al-Mansur continues to file material on the docket in this closed case, the Court may revoke his ECF privileges without further notice.

**IT IS SO ORDERED.**

Dated: July 15, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2